UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF KANSAS (DEPARTMENT OF
HEALTH AND ENVIRONMENT),

      Defendant.

Case No. 2:22-cv-02250-TC-GEB

### JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Plaintiff United States of America and Defendant State of Kansas (Kansas Department of Health and Environment) (collectively, "the parties"), pursuant to D. Kan. R. 6.1(b), respectfully move this Court to continue the in-person status conference currently scheduled for 9:00 a.m. on Wednesday, July 29, 2026.  In support of this motion, the parties state:

1.     At the Court's status conference held March 12, 2026, the parties requested additional time to resolve this case. The Court agreed and scheduled an additional status conference to be held on May 20, 2026. (Doc. 72.)

2.     On May 15, 2026, citing progress in their settlement discussions, the parties moved for a continuance of the status conference. (Doc. 73.) The Court granted the parties' motion the same day and rescheduled the status conference for July 29, 2026. (Doc. 74).

3.     Since the Court's May 15 Order, the parties have reached an agreement in principle to settle this matter and currently are in the process of finalizing a formal agreement to be approved and entered into by both parties.

4.      Given the progress made to date as reported herein, the parties believe that good cause exists for an additional continuance of the upcoming in-person status conference by at least sixty (60) days to allow them to finalize the agreement resolving this matter.

WHEREFORE, the parties respectfully request that the Court postpone the upcoming status conference, should one be necessary, until September 29, 2026.

Dated: July 20, 2026

Respectfully submitted,

/s Robert L. Galbreath
Robert L. Galbreath
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
4 Constitution Square
150 M Street, N.E., Suite 9.143
Washington, D.C. 20530
Telephone: (202) 532-5157
Facsimile (202) 514-1005
Email: Robert.Galbreath@usdoj.gov

Counsel for Plaintiff United States

/s David R. Cooper
David R. Cooper
Crystal B. Moe
Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th Street
Topeka, Kansas 66606
Telephone: (785) 232-7761
Facsimile: (785) 232-6604
Email: dcooper@fpsslaw.com

Counsel for Defendant State of Kansas

CERTIFICATE OF SERVICE

I certify that on July 20, 2026, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s Robert L. Galbreath
Robert L. Galbreath
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section